

Motion H/dy
40 min

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**Civil Case No.:** 10-117-JO

**Date of Proceeding:** 3/10/11

**Case Title:** Johnson v. City of Portland, et al.

**Presiding Judge:** Robert E. Jones

**Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** Dennis Apodaca, telephone 503-326-8182

**Tape No:** _____

**DOCKET ENTRY:**

RECORD OF HEARING:

Defendants' motion (#24) for summary judgment on plaintiff's Americans With Disabilities Act claim is granted.

Opinion to follow.

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| THANE TIENSON | ROBERT YAMACHIKA |

cc:   { } All counsel

**DOCUMENT NO:** _____
**CIVIL MINUTES**

**Civil Minutes**
**Revised 4/23/91**

**Honorable Robert E. Jones**